58 P.3d 507

Leonard MOSCHCAU et al

v.

MOHAVE COUNTY/NELSON

No. CV–02–0270–PR.

Supreme Court of Arizona.

Dec. 4, 2002.

The following action was taken by the Supreme Court of the State of Arizona on December 3, 2002, in regard to the above-referenced cause:

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

Justice FELDMAN did not participate in the determination of this matter.